Page 1 of 2

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**NORMA LIZARDO BACK,**

**Plaintiff,**

**v.** **Case No. 3:25cv2108-MCR-HTC**

**HMA SANTA ROSA MEDICAL CENTER,**

**Defendant.**

___________________________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation dated March 4, 2026, ECF No. 8. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 8, is adopted and incorporated by reference in this Order.

2. Plaintiff Back's complaint, ECF No. 1, is DISMISSED under Rule 4(m) for Back's failure to timely serve the Defendant and for her failure to prosecute or comply with Court orders.

3. The Clerk is directed to close the case file.

**DONE AND ORDERED** this 11th day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**